

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2013

No. 04-13-00130-CR

**EX PARTE** Christopher O. **WOODRUFF**,

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR11181-W1
Honorable Sid L. Harle, Judge Presiding

### O R D E R

    The Appellant's Motion to Reset Due Date for Opening Brief is hereby GRANTED. The appellant's brief is due April 29, 2013.

_____
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2013.

_____
Keith E. Hottle
Clerk of Court